FILED

APR X 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PETER O. GLAESSNER, State Bar No. 93830
   pog@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
4  Telephone:  (510) 433-2600
   Facsimile:  (510) 433-2699
5
   Attorneys for Defendant
6  THE ROMAN CATHOLIC ARCHBISHOP OF
   SAN FRANCISCO, A Corporation Sole (sued
7  erroneously herein as The Archdiocese of San
   Francisco and St. Timothy's Elementary School)
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EVELYN ROSA,<br><br>            Plaintiff,<br><br>v.<br><br>THE ARCHDIOCESE OF SAN FRANCISCO, an entity form unknown; ST. TIMOTHY'S ELEMENTARY SCHOOL; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.  3:11-cv-00601-EMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES** |
|---|---|

   The parties to the above referenced action, Plaintiff Evelyn Rosa ("Plaintiff") and Defendants The Roman Catholic Archbishop of San Francisco (sued erroneously herein as The Archdiocese of San Francisco and St. Timothy's Elementary School) ("Defendant"), by and through their respective counsel, hereby stipulate and request that the Court:

   1.  Continue the currently scheduled Initial Case Management Conference from May 25, 2011 at 1:30 p.m. to June 8, 2011 at 1:30 p.m.; and

   2.  Continue the other deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines in accordance with the proposed new Initial Case Management Conference date as follows:

/ / /

      a.    The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, file ADR Certification signed by Parties and Counsel, file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be May 18, 2011; and,

      b.    The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order shall be June 1, 2011.

The parties' request is made on the following grounds:

1. The calendars of plaintiff's and defendant's counsel conflict with the Court's originally ordered dates.

2. There have been no previous continuances of the dates the continuance of which is requested by this Stipulation and Proposed Order.

3. Accordingly, the parties respectfully request that the Court enter the Order jointly proposed by both parties.

Dated: April 5, 2011

LAW OFFICES OF MOIRA C. MCQUAID

By: _____*/s/ Moira McQuaid*_____
MOIRA C. MCQUAID
Attorneys for Plaintiff, EVELYN ROSA

Dated: April 5, 2011

LOMBARDI, LOPER & CONANT, LLP

By: _____*/s/ Peter O. Glaessner*_____
PETER O. GLAESSNER
Attorneys for Defendant, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole

/ / /

/ / /

/ / /

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

## ATTESTATION OF E-FILED SIGNATURE

I, Peter O. Glaessner, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order to Continue the Case Management Conference and other Deadlines. In compliance with General Order 45, X.B., I hereby attest that Moira McQuaid has read and approved this Stipulation and Proposed Order and consents to its filing in this action.

Dated: April 5, 2011　　　　　　　　　　　　LOMBARDI, LOPER & CONANT, LLP

By: _/s/ Peter O. Glaessner_
PETER O. GLAESSNER
Attorneys for Defendant, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole

## ORDER

IT IS HEREBY ORDERED that the original date for the Initial Case Management Conference on May 25, 2011 is vacated and rescheduled for June 8, 2011 at 1:30 p.m.

IT IS FURTHER ORDERED that all of the other deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are moved accordingly:

1. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, file ADR Certification signed by Parties and Counsel, file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be May 18, 2011; and

2. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order shall be June 1, 2011.

DATED: _____

_____
HONORABLE EDWARD M. CHEN
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541