PETER O. GLAESSNER, State Bar No. 93830
pog@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO, A Corporation Sole (sued
erroneously herein as The Archdiocese of San
Francisco and St. Timothy's Elementary School)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN ROSA,<br><br>Plaintiff,<br><br>v.<br><br>THE ARCHDIOCESE OF SAN FRANCISCO, an entity form unknown; ST. TIMOTHY'S ELEMENTARY SCHOOL; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:11-cv-00601-EMC<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF DEADLINE TO FILE AMENDMENTS TO PLEADINGS** |

The parties have met and conferred concerning pleading amendments and jointly request and stipulate that the deadline to file any motion or stipulation for pleading amendments in this action is extended from September 8, 2011 to September 15, 2011. This is the first extension sought, and is not sought for purposes of delay, but rather because the parties' counsel have been exchanging documents relevant to such pleading amendments and have been engaged in discussions regarding such amendments.

05204-39885EM POG 602253.1

STIPULATION TO EXTEND DEADLINE
CASE NO.: 3:11-CV-00601-EMC

| | | |
|---|---|---|
| 1 | Dated: September 7, 2011 | LAW OFFICES OF MOIRA C. MCQUAID |
| 2 | | |
| 3 | | By: ___*/s/ Moira C. McQuaid*___ |
| 4 | | MOIRA C. MCQUAID<br>Attorneys for Plaintiff, EVELYN ROSA |
| 5 | Dated: September 7, 2011 | LOMBARDI, LOPER & CONANT, LLP |
| 6 | | |
| 7 | | By: ___*/s/ Peter O. Glaessner*___ |
| 8 | | PETER O. GLAESSNER<br>Attorneys for Defendant, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole |

**O R D E R**

Good cause appearing, the September 8, 2011 deadline to file amendments to the pleadings has been extended up through and including September 15, 2011.

DATED: _____    _____
HONORABLE EDWARD M. CHEN
JUDGE OF THE UNITED STATES DISTRICT COURT

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

05204-39885EM POG 602253.1

- 2 -

STIPULATION TO EXTEND DEADLINE
CASE NO.: 3:11-CV-00601-EMC