Moira C. McQuaid (State Bar No. 154232)
Law Offices of Moira C. McQuaid
830 Burlway Road
Burlingame, California 94010
Telephone: (650) 359-2545
Facsimile: (650) 359-2533

Attorneys for Plaintiffs
EVELYN ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVELYN ROSA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE ARCHDIOCESE OF SAN FRANCISO, an entity form unknown; ST. TIMOTHY'S ELEMENTARY SCHOOL; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 3:11-cv-00601-EMC<br><br>**STIPULATION AND PROPOSED ORDER FOR FILING OF FIRST AMENDED COMPLAINT** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of which is attached.

   IT IS FURTHER STIPULATED that the Defendants waive notice and service of the First Amended Complaint and shall not be required to answer the First Amended

//

-1-

Complaint, and that all denials, responses and affirmative defenses contained in the Answers filed by Defendants to the original Complaint shall be responsive to the First Amended Complaint.

Dated: September 13, 2011        LAW OFFICES OF MOIRA C. MCQUAID

By: _____/s/ Moira McQuaid_____
MOIRA C. MCQUAID
Attorneys for Plaintiff, EVELYN ROSA

Dated: September 14, 2011        LOMBARDI, LOPER & CONANT, LLP

By: _____Peter Glaessner_____
PETER O. GLAESSNER
Attorneys for Defendant, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole

## ATTESTATION OF E-FILED SIGNATURE

I, Moira McQuaid, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order for Filing of First Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Peter O. Glaessner has read and approved this Stipulation and Proposed Order and consents to its filing in this action.

Dated: September ___, 2011        LAW OFFICES OF MOIRA C. McQUAID

By: _____
Moira C. McQuaid
Attorneys for Plaintiff, EVELYN ROSA

1
2   PURSUANT TO THE STIPULATION IT IS SO ORDERED.
3
4
5   Dated:      9/16/11
6                               Honorable E...          
7                               United States
8
9
...
28