Moira C. McQuaid (State Bar No. 154232)
Law Offices of Moira C. McQuaid
830 Burlway Road
Burlingame, California 94010
Telephone:  (650) 359-2545
Facsimile:  (650) 359-2533

Attorneys for Plaintiff
EVELYN ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVELYN ROSA,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE ARCHDIOCESE OF SAN FRANCISCO, an entity form unknown; ST. TIMOTHY'S ELEMENTARY SCHOOL; and DOES 1-50, inclusive,<br><br>      Defendants. | Case No.: 3:11-cv-00601-EMC<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO RELEASE** |

   Plaintiff Evelyn Rosa and Defendant The Roman Catholic Archbishop of San Francisco (sued erroneously herein as The Archdiocese of San Francisco and St. Timothy's Elementary School), (hereinafter collectively referred to as the "Parties") hereby submit this Stipulation to dismiss this case with prejudice.

   WHEREAS, the parties reached a confidential resolution of this dispute which has been embodied in a Release; and

   WHEREAS, the Parties agree that it is now appropriate to dismiss this case with prejudice.

Stip. for Dismissal with Prejudice of Entire Case                               Case No. 3:11-cv-00601-EMC
-1-

1  IT IS HEREBY STIPULATED BETWEEN THE PARTIES that this action shall be
2  dismissed in its entirety, with prejudice.

4  Dated: March 13, 2012                    LAW OFFICES OF MOIRA C. McQUAID

6                                  by      _____/s/_____
                                            Moira C. McQuaid
7                                           Attorneys for Plaintiff
                                            EVELYN ROSA

9  Dated: March 13, 2012                    LOMBARDI, LOPER & CONANT LLP

11                                 by      _____/s/_____
12                                          PETER O. GLAESSNER
                                            Attorneys for Defendant
13                                          THE ROMAN CATHOLIC ARCHBISHOP OF
                                            SAN FRANCISCO, a Corporation Sole

**ATTESTATION OF E-FILED SIGNATURE**

I, Moira McQuaid, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order for Dismissal of Case with Prejudice Pursuant to Release. In compliance with General Order 45, X.B., I hereby attest that Peter O. Glaessner has read and approved this Stipulation and Proposed Order and consents to its filing in this action.

Dated: March 13, 2012                LAW OFFICES OF MOIRA C. McQUAID

by     _____/s/_____
       Moira C. McQuaid
       Attorneys for Plaintiff
       EVELYN ROSA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   3/14/12   _____
                   Hon. Edward M. Chen
                   United States District Judge

